

FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL LLOYD ASKVIG

Defendant.

Case No.: CR 90-00192-TJH

ORDER OF DETENTION

[Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on absconded from supervision.

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: ______________________________

______________________________

______________________________

______________________________

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 14, 2010

Alicia G. Rosenberg
ALICIA G. ROSENBERG
United States Magistrate Judge